# MEMORANDUM DECISIONS.

A. F. ENGLEHARDT CO., Appellant, v. KAUFMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by the A. F. Englehardt Company against Louis Kaufman and another. No opinion. Order affirmed, with $10 costs and disbursements. All concur. See 37 N. Y. Supp. 531, and 39 N. Y. Supp. 31.

ALBRIGHT v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Bettie Albright, as administratrix, against the Manhattan Railway Company. No opinion. Motion granted, with $10 costs.

ALEXANDER v. MAXWELL et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by John R. Alexander against Nathan Maxwell and others. No opinion. Judgment affirmed, with costs. All concur.

ALLEN v. BANKS et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by John Allen against Levi B. Banks and others. No opinion. Motion for a reargument denied, and leave granted to appeal to the court of appeals on the ground that the case involves a question of law which ought to be reviewed by that court. All concur. See 39 N. Y. Supp. 1016.

ALTSCHUL, Appellant, v. REHFELD, Respondent. (Supreme Court, Appellate Term, First Department. September, 1896.) Action by Jacob Altschul against Augusta Rehfeld. H. Stiefel, for appellant. Cardoza Bros., for respondent. No opinion. Affirmed upon argument.

AMERICAN EXCH. NAT. BANK v. CASINO CO. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by the American Exchange National Bank against the Casino Company. No opinion. Application denied. See 39 N. Y. Supp. 258.

AMERICAN GROCERY CO. v. HEVENOR et al. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by the American Grocery Company against Roberts A. Hevenor and others. No opinion. Motion denied upon payment of $10 costs. See 39 N. Y. Supp. 153.

AMERICAN SURETY CO. v. CROW. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by the

American Surety Company against Moses R. Crow. No opinion. Motion denied. See 38 N. Y. Supp. 1141.

AMES v. GERRISH. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Action by Merritt Ames against Clara Gerrish. No opinion. Application denied.

AMURO, Respondent, v. BUCHIGNANI et al., Appellants. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Antonio Amuro against Emile Buchignani and another. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON v. N. Y. ANDERSON PRESSED BRICK CO. (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by John C. Anderson against the N. Y. Anderson Pressed Brick Company. W. C. Pinne, for plaintiff. E. S. Peck, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

ANTHONY v. VILLAGE OF GLENS FALLS. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Lulu Anthony, by guardian, against the village of Glens Falls. No opinion. Motion denied, without costs. All concur. See 38 N. Y. Supp. 536.

ARNOUX v. PHYFE et al. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by William H. Arnoux against Amy C. Phyfe and others. No opinion. Motion granted. See 39 N. Y. Supp. 973.

ARONSON, Respondent, v. ABRAMS, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Barnet Aronson against Lewis Abrams. No opinion. Judgment and order affirmed, with costs. All concur.

AUSTEN v. BRADLEY SALT CO. (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by David E. Austen against the Bradley Salt Company. No opinion. Motion denied, with $10 costs.

AUSTEN, Respondent, v. BRADLEY SALT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1896.) Action by David E. Austen, as receiver of taxes, against the Bradley Salt Company. E. H. Benn, for appellant. R. G. Monroe, for respondent. No opinion. Order affirmed, with

$10 costs and disbursements, but with leave to renew on further papers on payment of the costs of this appeal.

BAGG, Respondent, v. VILLAGE OF CLINTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Martha E. Bagg against the village of Clinton. No opinion. Judgment and order affirmed, with costs. All concur.

BAKER et al. v. BROWN et al. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Jane A. Baker and another against Thomas Brown and others. No opinion. Order affirmed, with costs.

BAKER, Appellant, v. MAKEPEACE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Henry N. Baker against Lila Makepeace. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

BALDWIN, Respondent, v. HEWLETT, Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by Jesse Baldwin against Samuel M. Hewlett. No opinion. Judgment and order affirmed, with costs. All concur.

BALL, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Jasper C. Ball against Alvin Ball and Edgar Ball. No opinion. Order affirmed, without costs. All concur.

BALMFORD, Respondent, v. GRAND LODGE OF ANCIENT ORDER OF UNITED WORKMEN OF STATE OF NEW YORK, Appellant. (City Court of New York, General Term. October 30, 1896.) Action by Thomas Balmford, as temporary administrator of Alfred Fogarty, deceased, against the Grand Lodge of the Ancient Order of United Workmen of the State of New York. J. B. Brevoort, for appellant. J. B. Hands, for respondent.

FITZSIMONS, J. The plaintiff was not required to prove the death of Fogarty's father and mother before his death, or any other allegation contained in paragraph 4 of the complaint, because of defendant's answer. Besides, at folio 291 it appears from the statement of defendant's counsel that the only defense herein was that the fund sued for herein was payable directly to those entitled to it, and not to plaintiff, as administrator, or that it reverted to the defendant because of the failure of plaintiff's testator to designate a beneficiary. This defense is without merit, in our opinion, and a complete answer was made to it by the trial justice in his opinion filed upon the denial of the motion made by defendant for a new trial herein; and for the reason therein assigned we think that this judgment should be affirmed, with costs, and it is so ordered. All concur. See 37 N. Y. Supp. 645.

BANKER, Respondent, v. POSTAL TEL. CABLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Isaac Banker against the Postal Telegraph Cable Company. No opinion. Judgment and order affirmed, with costs. All concur.

In re BARBER'S WILL. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Proceeding for the probate of the will, etc., of Mary E. Barber, deceased. No opinion. Motion denied. Order settled, marked, and filed with the clerk. Ward, J., dissenting. See 37 N. Y. Supp. 235, and 40 N. Y. Supp. 1139.

BARMANN, Appellant, v. BATHIER, Respondent. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Peter Barmann against Conrad Bathier. No opinion. Judgment affirmed, with costs. All concur.

BECKLEY, Respondent, v. NELLIGAR, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Daniel Beckley against James D. Nelligar. No opinion. Judgment and order affirmed, with costs. All concur.

BEDELL v. NORTH SIDE PUB. CO. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by Elizabeth W. Bedell against the North Side Publishing Company. No opinion. Motion denied, upon payment of $10 costs, in order that the appellant may move before the court below to have his default opened, and his case regularly signed and filed.

BELL et al., Respondents, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Edmund R. Bell and others against William E. Holmes. No opinion. Judgment affirmed, with costs. All concur.

BENDHEIM, Respondent, v. KERBS et al., Appellants. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by Henry M. Bendheim against Adolf Kerbs and Louis Stern. No opinion. Order, as modified, affirmed, with $10 costs and disbursements, and appeal from order denying motion for resettlement dismissed, with $10 costs.

BENEDICT v. ARNOUX et al. (Supreme Court, Appellate Division. First Department. November 13, 1896.) Action by Elias C. Benedict against George T. Arnoux and another. No opinion. Motion dismissed by default. See 38 N. Y. Supp. 882, and 39 N. Y. Supp. 793.

BENEDICT v. ARNOUX. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Elias C. Benedict against George T. Arnoux. No opinion. Motion granted. See supra.

BILLINGS, Respondent, v. FOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1896.) Action